SEALED 

FILED
JAN 30 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

McGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-MJ-0022-KJN |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS |
| ALFRED VILLASENOR, | **UNDER SEAL** |
| Defendant. | |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the arrest warrant and criminal complaint in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: Jan 29, 2020

Hon. Kendall J. Newman,
U.S. MAGISTRATE JUDGE

SEALING ORDER